1  DOWNEY BRAND LLP
   ELIZABETH B. STALLARD (Bar No. 221445)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
3  Telephone:    916.444.1000
   Facsimile:    916.444.2100
4  estallard@downeybrand.com

5  Attorneys for Defendant
   DIGNITY HEALTH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, an individual; JANICE GREEN, an individual; on their own behalf and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BAKERSFIELD MEMORIAL HOSPITAL, a California Corporation; DIGNITY HEALTH, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  1:16-cv-00450-LJO-JLT<br><br>**STIPULATION TO CONTINUE DATE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>(Doc. 6) |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiffs LEONARD GREEN and JANICE GREEN ("Plaintiffs"), by and through their counsel, Christopher H. Knauf of Knauf Associates, and Defendant DIGNITY HEALTH ("Defendant"), by and through its counsel, Elizabeth B. Stallard of Downey Brand, LLP, stipulate and agree as follows:

This matter is currently scheduled for a Mandatory Scheduling Conference on June 27, 2016, requiring that a Joint Status Report be filed no later than June 20, 2016. However, the parties are currently engaged in settlement negotiations and are hopeful that the matter can be

resolved soon and without further involvement from the Court.

In an effort to preserve both the Court's and the parties' time and resources in the event the parties are able to resolve this matter, the parties stipulate to, and hereby request that the Court grant, a three week continuance of the Mandatory Scheduling Conference so that the parties can continue to pursue their efforts to resolve the matter.

IT IS SO STIPULATED.

DATED: June 17, 2016             DOWNEY BRAND LLP

                                 By:   /s/ Elizabeth B. Stallard
                                       ELIZABETH B. STALLARD
                                       Attorney for Defendant
                                       DIGNITY HEALTH

DATED: June 17, 2016             KNAUF ASSOCIATES

                                 By:   /s/ Christopher H. Knauf [as authorized 6/17/16]
                                       LAURA N. DIAMOND
                                       CHRISTOPHER H. KNAUF
                                       Attorney for Plaintiffs
                                       LEONARD GREEN AND JANICE GREEN

### [PROPOSED] ORDER

In accordance with the foregoing stipulation, and good cause appearing, it is ordered that the Mandatory Scheduling Conference in this matter be continued to July 20, 2016, at 8:30 a.m. **The parties are advised that the Court will not again continue the scheduling conference.**

IT IS SO ORDERED.

Dated:   **June 20, 2016**                    /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE