# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAKERSFIELD MEMORIAL HOSPITAL, et al., <br><br> Defendants. | Case No.: 1:16-cv-00450 LJO JLT <br><br> ORDER AFTER STATUS CONFERENCE |

The Court held a status conference related to the parties attempt to resolve this matter. While some headway has been made, there still is not agreement. Therefore, the Court **ORDERS**:

1. Counsel for the parties **SHALL** meet by telephone on September 13, 2016 at 9:00 a.m. to further discuss settlement. Counsel **SHALL** continue to discuss the matter as frequently as needed and make all reasonable efforts to resolve the matter or determine that it cannot be resolved;

2. The Court sets a further scheduling conference on October 3, 2016 at 8:30 a.m. Counsel may appear via the CourtCall service. Counsel **SHALL** file a supplemental joint scheduling report no later than **September 28, 2016**. If the matter settles before the further scheduling conference they **SHALL** file a notice of settlement.

///

///

///

**The parties are advised that the Court intends to schedule the case at the next conference and does not anticipate any further delay for settlement discussions.**

IT IS SO ORDERED.

Dated:   **September 12, 2016**              /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE