UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, et al.,<br><br>            Plaintiffs,<br>      v.<br><br>BAKERSFIELD MEMORIAL HOSPITAL, et al.,<br><br>            Defendants. | Case No.:  1:16-CV-00450-LJO-JLT<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATED PROTECTIVE ORDER<br>(Doc. 21) |

   Based on the joint stipulation of the parties, the Court **GRANTS** the Stipulated Protective Order (Doc. 21)

IT IS SO ORDERED.

   Dated:  **February 14, 2017**              **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE