**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONARD GREEN, et al., | Case No.: 1:16-CV-00450-LJO-JLT |
| Plaintiffs,<br>v. | ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 26) |
| BAKERSFIELD MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

On April 5, 2107, the plaintiffs notified the Court that the matter has settled. (Doc. 26) The parties are currently working on completing the paperwork. Thus, the Court **ORDERS**:

1. A stipulation to dismiss the action **SHALL** be filed no later than April 28, 2017;
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __April 6, 2017__                    /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE