# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, et al., | Case No.: 1:16-CV-00450-LJO-JLT |
| Plaintiffs,<br>v. | ORDER GRANTING STIPULATION FOR ADDITIONAL TIME TO DISMISS THE ACTION |
| BAKERSFIELD MEMORIAL HOSPITAL, et al., | (Doc. 30) |
| Defendants. | |

Counsel report that they are continuing to work toward finalizing the settlement terms. (Doc. 30) They say that this effort has been complicated by a related case in which a consent decree was issued and due to other demands of their schedules. Id. at 2. They request 30 additional days to file the dismissal. Id. at 3. Thus, the Court **ORDERS**:

1. The stipulation to extend the deadline to file the stipulation to dismiss the action (Doc. 30) is **GRANTED**. The stipulated dismissal **SHALL** be filed no later than May 29, 2017.

IT IS SO ORDERED.

Dated: **April 28, 2017**      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE