# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, et al., | Case No.: 1:16-cv-00450 - LJO  JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION FOR ADDITIONAL TIME TO DISMISS THE ACTION |
| v. | (Doc. 32) |
| BAKERSFIELD MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

The parties report that they are continuing to work toward finalizing the settlement terms and obtain signatures. (Doc. 32 at 1)  According to the parties, they "made significant progress since the last status report," though efforts were complicated by a consent decree issued in a related matter. (*Id.* at 2)  Therefore, the parties request an additional ten days to file a stipulation for dismissal. (*Id.*)

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The requested extension of time is **GRANTED**; and
2. The stipulated dismissal **SHALL** be filed no later than **June 13, 2017**.

IT IS SO ORDERED.

Dated:  **May 31, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1