# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, et al., | Case No.: 1:16-cv-00450 - LJO JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION FOR ADDITIONAL TIME TO DISMISS THE ACTION |
| v. | (Doc. 34) |
| BAKERSFIELD MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

The parties report that they are continuing to work toward finalizing the settlement terms and obtain signatures. (Doc. 34 at 1) According to the parties, Defendant is currently reviewing the terms of the written settlement. (*Id.* at 2) Therefore, the parties request an additional seven days to file a stipulation for dismissal. (*Id.*)

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The requested extension of time is **GRANTED**; and
2. The stipulated dismissal **SHALL** be filed no later than **June 21, 2017**.

IT IS SO ORDERED.

Dated: **June 16, 2017**          **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE

1