| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, et al., | ) Case No.: 1:16-cv-00450 - LJO  JLT |
| Plaintiffs, | ) ORDER TO DEFENDANTS AND THEIR COUNSEL OF RECORD TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDERS |
| v. | |
| BAKERSFIELD MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

On April 5, 2017, the parties notified the court that the matter had settled. (Doc.26)  In response, the Court ordered all parties to file dismissal documents no later than April 28, 2017. (Doc. 27)  Due to various delays, the Court has extended this deadline twice, at the request of counsel. (Docs. 31, 34) The most recent deadline required the stipulated dismissal to be filed no later than June 21, 2017. (Doc. 34)  Despite this, it appears to the Court that the defendants have failed to cooperate in completing the settlement documents in that they seem unwilling to respond in a timely fashion. Inexplicably, despite their failure to file the dismissal documents by June 21, 2017, defendants ignore the Court and have filed nothing to explain their actions.  Therefore, the Court **ORDERS**:

1. **No later than June 27, 2017**, the defendants and their counsel of record **SHALL** show cause in writing why sanctions, up to and including monetary sanctions and striking the defendants' answers and entering their default, should not be imposed for their failure to comply with the Court's orders.  Alternatively, they may submit the stipulated dismissal within the same time period.

1

**The defendants and their counsel of record are advised that their failure to comply with this order will result in the Court imposing sanctions.**

IT IS SO ORDERED.

Dated: __**June 23, 2017**__   _____/s/ Jennifer L. Thurston_____
UNITED STATES MAGISTRATE JUDGE