# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BAKERSFIELD MEMORIAL HOSPITAL, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:16-cv-00450 - LJO  JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> ORDER TO THE PARTIES TO FILE THEIR STIPULATED DISMISSAL NO LATER THAN JULY 7, 2017 |

On April 5, 2017, the parties notified the court that the matter had settled. (Doc.26)  In response, the Court ordered all parties to file dismissal documents no later than April 28, 2017.  (Doc. 27)  Due to various delays, the Court has extended this deadline twice, at the request of counsel. (Docs. 31, 34) The most recent deadline required the stipulated dismissal to be filed no later than June 21, 2017.  (Doc. 34)  Despite this, the parties have continued to fail to comply.  The plaintiffs claim that this is due to action by the defendants and the defendants claim that this is due to conduct of the plaintiffs.  (Docs. 36, 38)  Thus, the Court **ORDERS**:

1. The order to show cause (Doc. 37) is **DISCHARGED**;
2. The parties **SHALL** file their stipulated request for dismissal no later than July 7, 2017.

///
///
///

1

**Absolutely no further extensions of time will be granted and the failure to comply will result in the imposition of sanctions**;

IT IS SO ORDERED.

Dated: __**June 29, 2017**__     _____**/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE