UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GREEN, et al., | Case No.: 1:16-CV-00450-LJO-JLT |
| Plaintiffs, | **ORDER CLOSING CASE** |
| v. | (Doc. 40) |
| BAKERSFIELD MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

The parties have stipulated to dismiss this case with each party shall bear its own attorney's fees and costs. (Doc. 40) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: __July 10, 2017__                 _____/s/ Jennifer L. Thurston__
                                                           UNITED STATES MAGISTRATE JUDGE